THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASSAUNDRA MAXWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>AMAZON.COM, INC., a Delaware corporation, and AMAZON ADVERTISING, LLC, a Delaware limited liability company,<br><br>Defendants. | No. 2:25-cv-00261-BJR<br><br>JOINT MOTION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT |

Plaintiff Cassaundra Maxwell ("Plaintiff") and defendants Amazon.com, Inc. and Amazon Advertising, LLC ("Defendants"), by and through their undersigned counsel, hereby respectfully move this Court to enter an Order extending the deadline for Defendants' response to Plaintiff's Complaint by forty-five (45) days, up to and including April 21, 2025. The undersigned certify that the parties met and conferred prior to filing this Motion, per Paragraph C of the Court's Standing Order for All Cases. As set forth below, good cause exists for the parties' requested extension.

1. Plaintiff filed the Complaint in this matter on February 10, 2025 and served the Complaint on Defendants on February 14, 2025. Thus, Defendants' deadline to respond to the Complaint is March 7, 2025.

2. Defendants only recently retained undersigned counsel, and undersigned counsel have begun to investigate the allegations in the Complaint.

3. Given the complexity of the legal claims and factual matters at issue in the Complaint – including the technical features of Amazon's software development kit, the mechanics of Amazon's advertising network, and the online advertising industry at large – Defendants' initial investigation is ongoing and will require an extension of time beyond March 7, 2025 in order for Defendants to adequately respond to the Complaint.

4. In addition, Defendants' investigation thus far has revealed certain factual issues that the parties would benefit from discussing thoroughly before any responsive pleadings or motions are filed. Defendants believe such discussions would be most effective if they take place after Defendants have completed their initial investigation of Plaintiff's allegations. Such discussions would be in accordance with Paragraph F of the Court's Standing Order requiring parties to meet and confer prior to filing a motion to dismiss.

5. Furthermore, the Court is currently presiding over another case that Plaintiff has identified as related to this case: *Albano v. Amazon.com, Inc.*, Case No. 2:25-cv-00252-BJR. The parties anticipate that some level of coordination as between the two cases may be merited, and the requested extension will allow the parties sufficient time to discuss the most efficient way to proceed. Defendants have not yet been served in the *Albano* case.

THEREFORE, the parties respectfully request that the Court enter the attached proposed order extending Defendants' deadline to respond to the Complaint by 45 days to April 21, 2025.

A copy of the proposed order will also be sent via email to chambers.

Respectfully submitted this 28th day of February 2025.

*/s/ Ryan Spear*
Ryan Spear, WSBA No. 39974

*/s/ Nicola Menaldo*
Nicola Menaldo, WSBA No. 44459

*/s/ Erin K. Earl*
Erin K. Earl, WSBA No. 49341

*/s/ Jordan C. Harris*
Jordan C. Harris, WSBA No. 55499

**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000
Email: RSpear@perkinscoie.com
Email: NMenaldo@perkinscoie.com
Email: Eearl@perkinscoie.com
Email: JordanHarris@perkinscoie.com

*/s/ Elliott J. Joh*
Elliott J. Joh (*pro hac vice* forthcoming)
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Phone: 415.344.7000
Fax: 415.344.7050
Email: EJoh@perkinscoie.com

*/s/ Emma K. Roberts*
Emma K. Roberts (*pro hac vice* forthcoming)
**PERKINS COIE LLP**
500 North Akard Street, Suite 3300
Dallas, TX 75201-3347
Phone: 214.965.7700
Fax: 214.965.7799
Email: EmmaRoberts@perkinscoie.com

*Attorneys for Defendants Amazon.com, Inc. and Amazon Advertising LLC*

JOINT MOTION TO EXTEND DEADLINE
(No. 2:25-cv-00261-BJR) – 3

*/s/Derek W. Loeser*
Derek W. Loeser, WSBA No. 24274

*/s/ Cari Campen Laufenberg*
Cari Campen Laufenberg, WSBA No. 34354

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
Phone: 206.623.1900
Fax: 206.623.3384
Email: dloeser@kellerrohrback.com
Email: claufenberg@kellerrohrback.com

*/s/ Christopher L. Springer*
Christopher L. Springer (admitted *pro hac vice*)
**KELLER ROHRBACK L.L.P.**
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Phone: 805.456.1496
Fax: 805.456.1497
Email: cspringer@kellerrohrback.com

*Attorneys for Plaintiff Cassaundra Maxwell*

IT IS SO ORDERED.

DATED THIS ___ day of March, 2025.

_____
HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE